UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Andres Regalado, et al.<br><br>Defendant(s) | CRIMINAL NO. _08mj2061_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. _10168298_ |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Aurelio Santos-Perez

DATED: _7/24/08_

RECEIVED _____ DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _[signature]_
Deputy Clerk